IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| BELINDA BUSH-FRAZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. _____ |
| ) | |
| PENNSYLVANIA LIFE INSURANCE ) | JURY DEMAND |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF CORPORATE INTEREST[1]

I, the undersigned, counsel of record for Pennsylvania Life Insurance Company, certify to the best of my knowledge and belief:

☐ My client has no corporate interests to be certified under E.D. TN LR 3.3.

☒ My client has the following parent corporations, subsidiaries not wholly owned, and publicly held companies that own 10% or more of its stock:

> Pennsylvania Life Insurance Company is a Pennsylvania corporation with its principal place of business in Florida. It is a wholly owned subsidiary of American Exchange Life Insurance Company, a privately held Texas corporation which in turn is wholly owned by Universal American Corporation, a publicly traded company.

| /s/ John R. Wingo | October 23, 2008 |
|---|---|
| (Signature of Counsel) | Date |

---

[1] Pursuant to E.D. TN LR 3.3, every non-governmental corporate party in a civil or criminal case must file a certificate of interest. Information provided in the certificate may be used by the judge assigned to a case for the sole purpose of determining whether recusal is necessary or appropriate. The certificate shall be filed with the party's first pleading or entry of appearance. The certificate of interest may be filed under seal if so ordered by the court in accordance with Local Rule 26.2 If a change in any of the items et forth in the certificate occurs after the certificate is filed and before the time has expired for filing a notice of appeal from a final judgment in the case, an amended certificate shall be filed within seven day s of the change. **Individuals and government agencies should not submit a certificate of interest.**

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Certificate of Corporate Interest was served via facsimile and/or U.S. Mail, first class prepaid, upon the following this 23rd day of October, 2008:

C. Kelly Wilson
Wilson & Henegar
200 E. Depot Street
P. O. Box 103
Shelbyville, TN 37162
(931) 684-5424  Fax: (931) 684-6442

              /s/ John R. Wingo

NSHLibrary 0001762.0562185 78194v1