UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| BELINDA BUSH-FRAZIER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:08-cv-79 |
| v. | ) | Judge Mattice |
| | ) | |
| PENNSYLVANIA LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## SHOW CAUSE ORDER

This action was filed on September 19, 2008 in the Circuit Court for Bedford County, Tennessee by Plaintiff Belinda Bush-Frazier against Defendant Pennsylvania Life Insurance Company. On October 27, 2008, Defendant filed a Notice of Removal [Court Doc. 1] with this Court, indicating that it was properly served with notice of such action on September 29, 2008. Since being served, the record shows that Defendant has not pled or otherwise responded to the complaint. Plaintiff, however, has not requested the entry of Defendant's default pursuant to Federal Rule of Civil Procedure 55(a).

Accordingly, Plaintiff is **ORDERED** to **SHOW CAUSE** on or before **January 15, 2009**, why her complaint should not be dismissed for failure to prosecute as a result of her failure to request an entry of default when Defendant failed to plead or otherwise respond to the complaint.

SO ORDERED this 16th day of December, 2008.

/s/Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE