IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| **BELINDA BUSH-FRAZIER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:08-cv-79 |
| | ) | |
| **PENNSYLVANIA LIFE INSURANCE COMPANY,** | ) ) ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF COMPROMISE AND SETTLEMENT

Plaintiff Belinda Bush-Frazier ("Plaintiff") and Defendant Pennsylvania Life Insurance Company ("Pennsylvania Life") hereby notify the Court that all claims asserted by Plaintiff against Defendant have been fully compromised and settled and that all such claims should be dismissed with prejudice.

Based upon the foregoing, it is, hereby, **ORDERED, ADJUDGED,** and **DECREED** that:

1. Any and all causes of action asserted by Plaintiff against Defendant be and hereby are **DISMISSED** upon the merits and with full prejudice; and

2. Any remaining court costs shall be taxed to Defendant, but no discretionary costs shall be awarded to either party.

Entered this 9th day of February, 2009.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

Approved for Entry:

/c/ C. Kelly Wilson
C. Kelly Wilson, BPR No. 17404
Wilson & Henegar
200 E. Depot Street
P. O. Box 103
Shelbyville, TN 37162
(931) 684-5424 fax: (931) 684-6442
*Attorney for Plaintiff*


/s/ John R. Wingo
John R. Wingo, BPR No. 016955
Frost Brown Todd LLC
424 Church Street, Suite 1600
Nashville, TN 37219
615-251-5582 fax: 615-251-5551
jwingo@fbtlaw.com
*Attorneys for Defendant*